

In the Matter of the Estate of John Tolash, Deceased. John Jerome Tolash, Petitioner-Appellant, v. Deco Porcelain, Incorporated, Fidelity and Deposit Company of Maryland and Continental Casualty Company as Sureties, Law Firm of Gordon and Reicin, Respondents-Appellees.

Gen. No. 53,448. (Abstract of Decision.)

First District, First Division.

June 6, 1969.

Riley and Carlson of Chicago, for appellant; Gordon and Reicin, of Chicago, for appellees. Opinion by MR. JUSTICE BURMAN. Not to be published in full.

People of the State of Illinois, Appellee, v. John Kueper, Appellant.

Gen. No. 68–108.

Fifth District.

June 9, 1969.